## UNITED STATES DISTRICT COURT
Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

**FILED**

JAN - 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

January 2, 2008

Clerk, U.S. District Court
Northern District of California
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102-3489

**Transfer of Jurisdiction**

Our Case #:   01cr45-IEG
Re:                  Michael John Lanni

CR-07-690-SBA

Dear Clerk of the Court:

Enclosed please find the following documents:

Certified copy of Transfer of Jurisdiction
Certified copy of indictment, information or complaint
Certified copy of Judgment
Certified copy of docket sheet
Certified copy of any OSC's

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: _____
J. Haslam, Deputy Clerk

PROB 22
(Rev. 2/88)

## TRANSFER OF JURISDICTION

**FILED** 2007 DEC 28 PM 3:40

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**DOCKET NUMBER (Tran. Court)**
01-CR-0045-001-IEG

**DOCKET NUMBER (Rec. Court)**
CR07-0690 SBA

ORIGINAL FILED OCT 31 2007 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Michael John LANNI<br><br>Hayward, California | Southern California | San Diego |
| | NAME OF SENTENCING JUDGE<br>Irma E. Gonzalez | |
| | DATES OF SUPERVISED RELEASE | FROM 7/10/06   TO 7/9/— |

**OFFENSE**

21 U.S.C. §§ 952 and 960, Importation of Marijuana

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN</u> DISTRICT OF <u>CALIFORNIA</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the Supervised Releasee named above be transferred with the records of the Court to the United States District Court for the NORTHERN DISTRICT OF CALIFORNIA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of Supervised Release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

10/15/07   _[signature]_
Date        Irma E. Gonzalez
            Chief U.S. District Judge

*This sentence may be deleted at the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named Supervised Releasee be accepted and assumed by this Court from and after the entry of this order.

1/2/08

10/25/07   _[signature]_
Effective Date        United States District Judge

pn/pn

FILED

01 JAN -3 PM 1:34

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

August 1999 Grand Jury   01 CR 0045 IEG

| UNITED STATES OF AMERICA, | ) Criminal Case No. _____ |
|---|---|
| Plaintiff, | ) **I N D I C T M E N T** |
| v. | ) Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana; |
| MICHAEL JOHN LANNI, | ) Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with |
| Defendant. | ) Intent to Distribute |

The grand jury charges:

Count 1

On or about December 22, 2000, within the Southern District of California, defendant MICHAEL JOHN LANNI did knowingly and intentionally import approximately 42.95 kilograms (approximately 94.7 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
DTR:cks:San Diego
12/28/00



4

<u>Count 2</u>

On or about December 22, 2000, within the Southern District of California, defendant MICHAEL JOHN LANNI did knowingly and intentionally possess, with intent to distribute, approximately 42.95 kilograms (approximately 94.7 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: January 3, 2001.

A TRUE BILL:

_____
Foreperson

GREGORY A. VEGA
United States Attorney

By: _____
DEBRA R. TORRES-REYES
Assistant U.S. Attorney

2

A.O.245 S   Case 3:01-cr-00045-IEG   Document 14   Filed 06/05/2001   Page 2 of 5 form Act
=========================================================================

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA                    JUDGMENT INCLUDING SENTENCE
             VS                             UNDER THE SENTENCING REFORM ACT

MICHAEL JOHN LANNI                          CRIMINAL CASE NUMBER 01CR0045-IEG

                                            __SIRI SHETTY FEDERAL DEFENDERS__
                                                    Defendant's Attorney

THE DEFENDANT

  _X_   Plead guilty to count(s) _1 of the indictment_____
  __    was found guilty on count(s)_____after a
        plea of not guilty.

     Accordingly, the defendant is adjudged guilty of such count(s), which
involve the following offenses:

| Title & Section | Nature of Offense | Count(s) |
|---|---|---|
| 21 USC 952,960 | Importation of marijuana. | 1 |


The defendant is sentenced as provided in pages 2 through _4_____ of this
Judgment.  The sentence is imposed pursuant to the Sentence Reform Act of
1984.
     The defendant has been found not guilty on count(s)_____    and
is discharged as to such count(s).
     _Remaining count_____is dismissed on the motion of the United
States.
     Pursuant to 18 USC 3013 an assessment is hereby levied in the amount of
     $_100_____.
     _X_ Fine ordered waived.

     It is further ordered that the defendant shall notify the United States
Attorney for this district within 30 days of any change of residence or
mailing address until all fines, restitution, costs, and special assessments
imposed by this Judgment are fully paid.

                                        __June 4, 2001_____
                                        DATE OF IMPOSITION OF SENTENCE

                                        __Irma E. Gonzalez_____
                                        IRMA E. GONZALEZ
                                        UNITED STATES DISTRICT JUDGE
                                        ENTERED ON__6/6/01__

I hereby attest and certify on 1/2/08
That the foregoing document is a full, true
copy of the original on file in my office.

                                        01CR0045

================================================================================

DEFENDANT: MICHAEL JOHN LANNI                    JUDGMENT PAGE 2 of 4
CASE NUMBER: 01CR0045-IEG

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 30 months

_X_  The Court makes the following recommendations to the Bureau of Prisons: That the defendant be designated to an institution in the south east region of the United States.

___  The defendant is remanded to the custody of the United States Marshal.
___  The defendant shall surrender to the United States Marshal for this district at _____ a.m./p.m. on _____
     ___ as notified by the Marshal.

___  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons
     ___ on or before
     ___ as notified by the United States Marshal.
     ___ as notified by the Probation Office.

## RETURN

I have executed this Judgment as follows:

_____
_____

Defendant delivered on _____ to _____
_____, with a certified copy of this judgment.

                                        _____
                                        UNITED STATES MARSHAL

                                    BY_____
                                        DEPUTY MARSHAL

01CR0045

AO 245B Case 4:07-cr-00690-SBA Document 2 Filed 01/04/2008 Page 7 of 15
(Rev. 1/95) Case 3:01-cr-00045-IEG Supervised Release Document 14 Filed 06/05/2001 Page 4 of 5
===========================================================================

DEFENDANT: MICHAEL JOHN LANNI  JUDGMENT PAGE 3 OF 4
CASE NUMBER: 01CR0045-IEG

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of 3 years.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

> The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

> ____The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check if applicable.)

_X_ The defendant shall not possess a firearm as defined in 18 U.S.C. § 921. (Check, if applicable.)

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in this judgment.

The defendant shall comply with the standard conditions that have adopted by this court (set forth below). The defendant shall comply with the additional conditions on the attached page (if indicated below).

### STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distribute or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: MICHAEL JOHN LANNI  JUDGMENT PAGE 4 OF 4
CASE NUMBER: 01CR0045-IEG

## SPECIAL CONDITIONS OF SUPERVISION

X Not possess firearms, explosive devices, or other dangerous weapons.

X Submit to a search of person, property, residence, abode or vehicle at a reasonable time and in a reasonable manner by the Probation Officer.

X Report all vehicles owned or operated, or in which you have an interest, to the Probation Officer.

X Not enter the Republic of Mexico without permission of the Probation Officer.

X Resolve all outstanding warrants within 90 days of release from confinement.

X Provide complete disclosure of personal and business financial records to the Probation Officer.

01CR0045

PROB 12B
(04/05)

September 4, 2007

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2007 SEP 18
SOUTHERN DISTRICT
BY _____ CP _____ DEPUTY

Request for Modifying the Conditions or Term of Supervision
(Probation Form 49, Waiver of Hearing is Attached)

**Name of Offender:** Michael John LANNI (English)          **Dkt No.:** 01-CR-0045-001-IEG

**Reg. No.:** 59718-198

**Name of Sentencing Judicial Officer:** The Honorable Irma E. Gonzalez, Chief U.S. District Judge

**Date of Sentence:** June 4, 2001

**Original Offense:** 21 U.S.C. §§ 952 and 960, Importation of Marijuana, a Class D felony.

**Sentence:** 30 months custody; three years supervised release *(Special Conditions: no firearms; submit to search; report all vehicles; not enter Mexico without permission; resolve all outstanding warrants; and provide financial information as directed.)*. $100 special assessment.

**Type of Supervision:** Supervised Release          **Date Supervision Commenced:** July 10, 2006

**Asst. U.S. Atty.:** Joseph Smith          **Defense Counsel:** Siri Shetty, Fed. Def. Inc., (Appointed)
                                                                 (619) 234-8501

**Prior Violation History:** None.

---

### PETITIONING THE COURT

### TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:

**(Special Condition)**
Participate in a program of drug or alcohol abuse treatment, including drug testing and counseling, as directed by the probation officer. The offender may be required to contribute to the costs of services rendered in an amount to be determined by the probation officer, based on ability to pay. *(nv21)*

I hereby attest and certify on 1/2/08
That the foregoing document is a full, true
copy of the original on file in my office and
custody.
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

PROB 12B

Name of Offender: Michael John LANNI  September 4, 2007
Docket No.: 01-CR-0045-001-IEG  Page 2

## CAUSE

Since his release from custody, supervision of Mr. Lanni has been assumed by the United States Probation Office in the Northern District of California. It has been reported that due to Mr. Lanni's substance abuse history that additional drug testing would allow regular monitoring regarding illicit drug use. This issue was discussed with the offender and he has agreed to the probation department's request to recommend that the court impose the regular drug testing condition. Mr. Lanni has reviewed and signed the attached "Waiver of Hearing to Modify Conditions of Probation/Supervised Release or extend Term of Supervision" agreeing to the proposed modification.

**I declare under penalty of perjury that the foregoing is true and correct.**

**Executed on: September 4, 2007**

Respectfully submitted:                         Reviewed and approved:

by _____                       _____
Peter Nover                                     Cynthia M. Poblete
U.S. Probation Officer                          Supervising U.S. Probation Officer
(619) 557-5759

Attachments

PROB 12B

Name of Offender: Michael John LANNI  
Docket No.: 01-CR-0045-001-IEG

September 4, 2007  
Page 3

## THE COURT ORDERS:

__X__   The Modification of Conditions as Noted Above

_____   Other _____

_____

_____

___*(signature)*_____   ___9/16/07___  
The Honorable Irma E. Gonzalez              Date  
Chief U.S. District Judge

pn/pn  
pn/pn

TERMED

# U.S. District Court
## Southern District of California (San Diego)
### CRIMINAL DOCKET FOR CASE #: 3:01-cr-00045-IEG All Defendants
### Internal Use Only

| | |
|---|---|
| Case title: USA v. Lanni | Date Filed: 01/03/2001 |
| Magistrate judge case number: 3:00-mj-03519 | Date Terminated: 06/04/2001 |

Assigned to: Judge Irma E. Gonzalez

**Defendant**

**Michael John Lanni (1)**
*TERMINATED: 06/04/2001*

represented by **Federal Defenders**
Federal Defenders of San Diego
225 Broadway
Suite 900
San Diego, CA 92101-5008
(619)234-8467
Fax: (619)687-2666
Email: cassd_ecf@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

21:952, 960- Importation of Marijuana
(1)

**Disposition**

Custody of BOP for a term of 30 months. Supervised release for a term of 3 years. Assessment of $100. No fine.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

21:841(a)(1)- Possession of Marijuana with intent to distribute
(2)

**Disposition**

Remaining count dismissed - granted.

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

**United States of America**          represented by **U S Attorney CR**
U S Attorneys Office Southern District
of California
Criminal Division
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/22/2000 | | DEFENDANT Michael John Lanni arrested [ 3:00-m -3519 ] (rab) (Entered: 12/27/2000) |
| 12/26/2000 | 1 | COMPLAINT against defendant Michael John Lanni , signed by Magistrate Judge Nita L. Stormes [ 3:00-m -3519 ] (dkt clerk) (Entered: 12/26/2000) |
| 12/26/2000 | 2 | Enter Order by Magistrate Judge Nita L. Stormes: Dft Michael John Lanni informed of charges , first appearance of Michael John Lanni on cmp, Attorney Federal Defenders appointed , $25,000 PS bond secured with Trust Deed set for Michael John Lanni , 18:3142(d) hold until 1/9/01 as to defendant Michael John Lanni , preliminary exam set for 9:00 1/9/01 for Michael John Lanni ; Court Reporter: NLS00-1:6000-end;2:0-400 [ 3:00-m -3519 ] (rab) (Entered: 12/27/2000) |
| 12/26/2000 | 3 | ORDER by Magistrate Judge Nita L. Stormes setting conditions of release for Michael John Lanni; Travel restricted to the Southern District of CA; 18:3142(d) hold until 01/09/01 [ 3:00-m -3519 ] (rfm) (Entered: 12/28/2000) |
| 01/03/2001 | 4 | INDICTMENT by USA . Counts filed against Michael John Lanni (1) count(s) 1, 2 . Any XT1 excludable that extends beyond the indictment date is terminated at the point of indictment. (dkt clerk) (Entered: 01/04/2001) |
| 01/09/2001 | 5 | Minutes: Enter Order by Magistrate Judge Nita L. Stormes dft Michael John Lanni arraigned; not guilty all cnts plea entered; Atty present; motion hrg/trial setting set for 2:00 2/26/01 for Michael John Lanni before Judge Irma E. Gonzalez ; Court Reporter: NLS01;1:1988-2315 (llh) (Entered: 01/10/2001) |

| | | |
|---|---|---|
| 02/12/2001 | 6 | Notice of Motions and Motions to preserve evidence , to compel discovery , to dismiss the indictment , for leave to file further motions by Michael John Lanni; Motion hrg set for 2/26/01 at 2:00pm (jah) (Entered: 02/12/2001) |
| 02/12/2001 | 7 | MEMORANDUM of Points and Authorities by defendant Michael John Lanni in support of dft's motions [6-1], of [6-2], of [6-3], of [6-4] (jah) (Entered: 02/12/2001) |
| 02/26/2001 | 8 | Application for Order Shortening Time by USA and Order Thereon by Judge Irma E. Gonzalez as to defendant Michael John Lanni; Govt may file its response and opposition to dft's motions. (jah) (Entered: 02/26/2001) |
| 02/26/2001 | 9 | RESPONSE and Opposition by plaintiff USA to dft's motion to preserve evidence [6-1], motion to compel discovery [6-2], motion to dismiss the indictment [6-3], motion for leave to file further motions [6-4] t/w attached Statement of Facts and Memorandum of Points and Authorities (jah) (Entered: 02/26/2001) |
| 02/26/2001 | 9 | Notice of Motion and Motion for reciprocal discovery by USA as to Michael John Lanni; Motion hrg set for 2/26/01 at 2:00pm (jah) (Entered: 02/26/2001) |
| 02/26/2001 | 10 | Minutes: Enter Order by Judge Irma E. Gonzalez; Motion Hearing/Disposition set for 11:30 on 3/19/01 for Michael John Lanni before Judge Irma E. Gonzalez ; Court Reporter: R. Heywood (jah) (Entered: 02/26/2001) |
| 03/19/2001 | 11 | Minutes: Enter Order by Judge Irma E. Gonzalez; Gov't exhibit #1 marked and returned. Michael John Lanni enters guilty plea to cnt 1; dft referred to USPO for PSR , hearing PO report and sentencing set for 9:00 6/4/01 for Michael John Lanni before Judge Irma E. Gonzalez , XE pretrial motions from 2/12/01 to 3/19/01 as to Michael John Lanni ; Court Reporter: R. Heywood (dkt clerk) (Entered: 03/20/2001) |
| 05/22/2001 | 12 | SENTENCING Memorandum by defendant Michael John Lanni t/w Sentencing Summary Chart (jah) (Entered: 05/23/2001) |
| 06/04/2001 | 13 | Minutes: Enter Order by Judge Irma E. Gonzalez; Sentencing Michael John Lanni (1) count(s) 1. Custody of BOP for a term of 30 months. Supervised release for a term of 3 years. Assessment of $100. No fine; Terminating defendant Michael John Lanni ; Remaining count dismissed as to Michael John Lanni (1) ; All pending motions - moot; Case terminated ; Court Reporter: R. Heywood (jah) (Entered: 06/04/2001) |
| 06/04/2001 | ● | (Court only) ***Terminated defendant Michael John Lanni, pending deadlines, and motions. (nsp) (Entered: 11/08/2007) |
| 06/05/2001 | 14 | JUDGMENT and Commitment issued to U.S. Marshal for Michael John Lanni by Judge Irma E. Gonzalez (jah) (Entered: 06/06/2001) |
| 09/18/2007 | ●15 | USPO Request for Modifying the Conditions or Term of Supervision and Order Thereon in case as to Michael John Lanni. Signed by Judge Irma |

|  |  |  |
|---|---|---|
|  |  | E. Gonzalez on 9/16/2007. Conditions of supervision modified for dft to participate in a program of drug or alcohol treatment. (jah) (Entered: 09/19/2007) |
| 12/28/2007 | ●16 | Probation Jurisdiction Transferred to Northern District of California as to Michael John Lanni. Transmitted Transfer of Jurisdiction form, with certified copies of Indictment, Judgment, OSC and Docket Sheet. (Attachments: # 1 Probation Transfer Letter) (jah) (Entered: 01/02/2008) |